UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Abrahamson, Manuel Steven | Docket No. | 2:21CR00077-RMP-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Steven Abrahamson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 9th day of September 2021, under the following conditions:

**Special Condition #4:** Defendant shall abide by all conditions imposed by the residential reentry center.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Manuel Steven Abrahamson is alleged to have violated his conditions of pretrial release supervision by being terminated from Pura Vida Sober Living on September 18, 2021.

On July 23, 2021, the Court ordered Mr. Abrahamson to be released from custody to enter inpatient substance abuse treatment at Pioneer Center East (PCE) on July 26, 2021. Absent further order of the Court, Mr. Abrahamson was ordered to return to custody upon completion of treatment. On July 30, 2021, the undersigned officer reviewed the conditions of release with Mr. Abrahamson. Mr. Abrahamson acknowledged an understanding of the conditions.

On September 9, 2021, Mr. Abrahamson appeared before the Honorable Mary K. Dimke, U.S. Magistrate Judge, for a detention review hearing. Upon completion of inpatient treatment at PCE on September 10, 2021, the Court ordered Mr. Abrahamson to be released under conditions of pretrial release supervision, which included special condition number 4.

On September 20, 2021, the undersigned officer spoke to the owner of Pura Vida Sober Living. The owner advised Mr. Abrahamson was terminated from Pura Vida Sober Living, for an alleged program violation on September 18, 2021. On September 18, 2021, the owner contacted Mr. Abrahamson at the Pura Vida Sober Living house, where he was residing. Mr. Abrahamson reportedly had a female guest at the house, who appeared to be under the influence of a substance. Upon request of the owner, Mr. Abrahamson refused to submit to drug testing. Mr. Abrahamson was terminated from Pura Vida Sober Living at that time. As of the writing of this report, Mr. Abrahamson's current whereabout is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: September 20, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Abrahamson, Manuel Steven**
**September 20, 2021**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

September 20, 2021
Date